| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Nationstar Mortgage LLC | Order Filed on February 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

Case No: 16-33648-CMG

Chapter: 7

In Re:

Zari Sharif Callahan,

    Debtor.

Judge: Christine M. Gravelle

# CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 17, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:       Zari Sharif Callahan
Case No.:     16-33648-CMG
Caption:      **CONSENT ORDER VACATING AUTOMATIC STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, JPMorgan Chase Bank, N.A, upon a consent order to vacate the automatic stay as to real property known as 58 Salem Lane, Little Silver, NJ 07739, and with the consent of Bunce Atkinson, Esq., counsel for the Debtor, Zari Sharif Callahan, and Karen Bezner, Chapter 7 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to 58 Salem Lane, Little Silver, NJ 07739 is hereby vacated to permit Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursued its rights in 58 Salem Lane, Little Sivler, NJ 07739; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives.  Additionally, any purchaser of the property at Sheriff's Sale or their assign, may take any legal action for enforcement of its right to possession of the property; and

I hereby agree and consent to the above terms and conditions:        Dated:   1/27/17


*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR


I hereby agree and consent to the above terms and conditions:        Dated:   1/21/17


*/s/ Bunce Atkinson*
BUNCE ATKINSON, ESQ., ATTORNEY FOR DEBTOR

I hereby agree and consent to the above terms and conditions:        Dated:   1/23/17


*/s/ Karen Bezner*
KAREN BEZNER, CHAPTER 7 TRUTEE