| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: Nationstar Mortgage LLC

Order Filed on February 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    16-33648-CMG

Chapter: 7

Judge:  Christine M. Gravelle

In Re:

Zari Sharif Callahan,

    Debtor.

**CONSENT ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 17, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:         Zari Sharif Callahan
Case No.:       16-33648-CMG
Caption:        **CONSENT ORDER VACATING AUTOMATIC STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, JPMorgan Chase Bank, N.A, upon a consent order to vacate the automatic stay as to real property known as 58 Salem Lane, Little Silver, NJ 07739, and with the consent of Bunce Atkinson, Esq., counsel for the Debtor, Zari Sharif Callahan, and Karen Bezner, Chapter 7 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to 58 Salem Lane, Little Silver, NJ 07739 is hereby vacated to permit Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursued its rights in 58 Salem Lane, Little Sivler, NJ 07739; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives.  Additionally, any purchaser of the property at Sheriff's Sale or their assign, may take any legal action for enforcement of its right to possession of the property; and

I hereby agree and consent to the above terms and conditions:         Dated:   1/27/17


*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR


I hereby agree and consent to the above terms and conditions:         Dated:   1/21/17


*/s/ Bunce Atkinson*
BUNCE ATKINSON, ESQ., ATTORNEY FOR DEBTOR

I hereby agree and consent to the above terms and conditions:         Dated:   1/23/17


*/s/ Karen Bezner*
KAREN BEZNER, CHAPTER 7 TRUTEE

United States Bankruptcy Court
District of New Jersey

In re:  
Zari Sharif Callahan  
    Debtor

Case No. 16-33648-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 17, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.  
db          +Zari Sharif Callahan,    87 Ridge Road,    Rumson, NJ 07760-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:  
         Bunce  Atkinson    on behalf of Debtor Zari Sharif Callahan bunceatkinson@aol.com  
         Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Karen E. Bezner     Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                           TOTAL: 4